674

No. 983.   HANKINS, RECEIVER, v. UNITED STATES.   April 27, 1942.   Petition for writ of certiorari to the Supreme Court of Louisiana denied.   *Mr. Frank J. Looney* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Michael H. Cardozo, IV,* for the United States.

No. 1038.   UNITED STATES v. AMERICAN NATIONAL BANK & TRUST CO., ADMINISTRATOR.   April 27, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.   *Messrs. Stephen A. Cross* and *Edward H. S. Martin* for respondent.

No. 1039.   UNITED STATES v. SHEPANEK, ADMINISTRATRIX.   April 27, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.   *Mr. Edward H. S. Martin* for respondent.

No. 1090.   UNITED STATES v. LAWSON, ADMINISTRATRIX, ET AL.   April 27, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.   *Messrs. Blakey Helm, John C. Doolan,* and *Nelson Helm* for respondent.